Same case below, 378 Fed. Appx. 591.

Same case below, 388 Fed. Appx. 466.

**No. 10-7021. Charlotte Diane Costley, Petitioner v. Social Security Administration.**

562 U.S. 1114, 131 S. Ct. 850, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9803, ▮

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7031. Brian Allen Womble, Petitioner v. Arizona.**

562 U.S. 1114, 131 S. Ct. 832, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9777.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 225 Ariz. 91, 235 P.3d 244.

**No. 10-7032. Demetricy Moore, Petitioner v. Johnnie Jones, former Warden, et al.**

562 U.S. 1114, 131 S. Ct. 832, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9736.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7033. Darrin A. Pordash, Petitioner v. Margaret A. Beightler, Warden.**

562 U.S. 1114, 131 S. Ct. 832, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9746, ▮

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7044. Ricky Webb, Petitioner v. Jack Palmer, Warden, et al.**

562 U.S. 1114, 131 S. Ct. 832, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9640.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 387 Fed. Appx. 755.

**No. 10-7068. Roberta Jo Mahler, et vir, Petitioners v. County of Hawaii, Real Property Tax Division.**

562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9694.

December 13, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 121 Hawaii 541, 221 P.3d 519.

**No. 10-7099. Richard L. Edwards, Petitioner v. Rick M. Hill, Acting Warden.**

562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 566, 2010 U.S. LEXIS 9649.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.